UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Hon. Anne E. Thompson |
| v. | Crim. No. 16-547-01 |
| | **WAIVER OF INDICTMENT** |
| SHEILA KAHL | |

I, SHEILA KAHL, the above-named defendant, who is charged in an information with conspiring to commit health care fraud in violation of Title 18 United States Code, Section 1349, and conspiring to commit offenses against the United States in violation of Title 18 United States Code, Section 371, and being advised of the nature of the charge, the proposed information, and my rights, hereby waive in open court on December 1, 2016, prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Sheila Kahl_
Defendant SHEILA KAHL

_Stacy Ann Biancamano_
STACY A. BIANCAMANO, ESQ.
Counsel for Defendant

Before: _Anne E. Thompson_
HONORABLE ANNE E. THOMPSON
United States District Judge