UNITED STATED DISTRICT COURT
DISTRICT OF NEW JERSEY

MINUTES OF PROCEEDINGS

OFFICE: TRENTON

DATE: December 1, 2016

Docket # 3:16-CR-547-01(AET)

JUDGE Anne E. Thompson, U.S.D.J.

E.S.R.: K. Stillman
U.S. Pretrial Officer: Wendy Lonsdorf

TITLE OF CASE:
UNITED STATES OF AMERICA
          vs.
SHEILA KAHL
          PRESENT

APPEARANCE:
Danielle M. Corcione, AUSA for Government
Stacy Biancamano, Esq for Defendant

NATURE OF PROCEEDINGS: INITIAL APPEARANCE/ WAIVER OF INDICTMENT

Ordered deft. sworn; deft. sworn.
Initial appearance held.
Defendant advised of his/her rights, charges and penalties.
Waiver of indictment executed and filed.
INFORMATION filed.
PLEA: GUILTY to Count 1 & 2 of the Information.
Terms of plea agreement read into the record.
Ordered plea agreement approved and accepted.
Rule 11 and Plea Agreement filed.
Ordered sentencing set for March 14, 2017 @ 11:00 A.M.
Ordered bail set at $100,000 unsecured bond, with reporting to Pretrial Services as directed; Mental Health testing/treatment as directed by Pretrial Services; Travel restricted to the continental U.S.; Surrender all passports/travel documents to Pretrial Services, do not apply for new travel documents.
Defendant Released.

Time commenced:  11:40 A.M.
Time Adjourned:   12:30 P.M.
Total Time: (50 minutes)

*s/Jacqueline Gore*
DEPUTY CLERK