UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

**OFFICE: TRENTON**  5/13/2019
**JUDGE ANNE E. THOMPSON**
**COURT RECORDER: K. STILLMAN**

**TITLE OF CASE:**  CR16-547(AET)-01
UNITED STATES OF AMERICA
    V.
SHEILA KAHL,
       DEFENDANT PRESENT.

**APPEARANCES:**
Sara Merin, AUSA and Bernard Cooney, AUSA, for government
Stacy Biancamano, Esq. and Daniel Holzapfel, Esq., for defendant
Maryellyn Muller, Probation Officer

**NATURE OF PROCEEDINGS:**
**SENTENCING on Count 1 & 2 of the Information.**
IMPRISONMENT: 13 months, on each count to be served concurrently.
SUPERVISED RELEASE: 3 years, on each count to run concurrently, with special conditions.
Restitution: $1,200,000.00; interest waived.
Fine: waived.
Special Assessment: $200.
Forfeiture: Order of Forfeiture filed.
Defendant advised of right to appeal.
Ordered that the defendant voluntarily surrender to the institution designated by the Bureau of Prisons for service of sentence on January 6, 2020.

**Time commenced: 2:05 p.m.**
**Time Adjourned: 2:35 p.m.**
**Total Time: 30 minutes**

                                          **s/Ann Dello Iacono**
                                          **DEPUTY CLERK**